UNITED STATES BANKRUPTY COURT
DISTRICT OF MINNESOTA

IN RE:     CARLA J. MAGNUSON                          Case No.


**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C.§521(a)(1)(B)(iv)**

[X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

   [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

   [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: MARCH 13-30, 2010

   [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

   [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

   [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _/s/ Carla J. Magnuson_     Date: 7/1/10
                    CARLA J. MAGNUSON

*******************************************************

[ ] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

   [ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

   [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

   [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

   [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

   [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____ Date: _____

Kansas City Regional Census Center
2001 NE 46th St
Kansas City, MO 64116-2051

CARLA MAGNUSON
2112 E 37TH ST
MINNEAPOLIS, MN 55407

SSN:

| Employee ID: | 1120485 |
|---|---|
| Department: | 2626-Minneapolis |
| Location: | Minnesota - Minneapolis |
| Job Title: | Enumerator |
| Pay Rate: | $16.50 Hourly |

| Pay Group: | CB1-Census Temporary Weekly | Ref. #: | 2500178 |
|---|---|---|---|
| Pay Begin Date: | 04/04/10 | | Process On-Cycle |
| Pay End Date: | 04/10/10 | Check Date: | 04/21/10 |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl Pct.: | | |
| Addl Amt.: | | |

SEQ-00047

CARLA MAGNUSON
2112 E 37TH ST
MINNEAPOLIS, MN 55407

Ref. No. 2500178

### HOURS AND EARNINGS

| | Current | | YTD as of 04/10/10 | |
|---|---|---|---|---|
| Description | Hours/Units | Earnings | Hours/Units | Earnings |
| Regular | 3.25 | 53.63 | 10.50 | 173.26 |
| Training | | | 23.25 | 383.63 |
| Mileage @0.500 per mile | 12.00 | 6.00 | 27.00 | 13.50 |
| Other Reimbursement | | | | 1.50 |
| **Total:** | **15.25** | **59.63** | **60.75** | **571.89** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 25.36 |
| Fed Medicare | 0.78 | 8.07 |
| Fed FICA | 3.33 | 34.53 |
| MN Withholding | 0.00 | 14.66 |
| **Total:** | **4.11** | **82.62** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 59.63 | 53.63 | 4.11 | 0.00 | 55.52 |
| YTD: | 571.89 | 556.89 | 82.62 | 0.00 | 489.27 |

### MESSAGE

Form D-444, Earning Statement

United States 2010 Census

```
Kansas City Regional Census Center
2001 NE 46th Street Lot 4467 13100
Kansas City, MO 64116-2051
```

SEQ-01249

CARLA MAGNUSON
2112 E 37TH ST
MINNEAPOLIS, MN  55407

CARLA MAGNUSON
2112 E 37TH ST
MINNEAPOLIS, MN 55407
SSN:

| | |
|---|---|
| Employee ID: | 1120485 |
| Department: | 2626-Minneapolis |
| Location: | Minnesota - Minneapolis |
| Job Title: | Enumerator |
| Pay Rate: | $16.50 Hourly |

| | | | |
|---|---|---|---|
| Pay Group: | CB1-Census Temporary Weekly | Ref. #: | 4384828 |
| Pay Begin Date: | 05/09/10 | Process On-Cycle | |
| Pay End Date: | 05/15/10 | Check Date: | 05/26/10 |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl Pct.: | | |
| Addl Amt.: | | |

Ref. No. 4384828

### HOURS AND EARNINGS

| Description | Current Hours/Units | Current Earnings | YTD as of 05/15/10 Hours/Units | YTD Earnings |
|---|---|---|---|---|
| Regular | 13.50 | 222.75 | 39.75 | 655.89 |
| Training | | | 46.25 | 763.13 |
| Mileage @0.500 per mile | 34.00 | 17.00 | 115.00 | 57.50 |
| Other Reimbursement | | | | 1.50 |
| **Total:** | **47.50** | **239.75** | **201.00** | **1,478.02** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 3.62 | 53.72 |
| Fed Medicare | 3.23 | 20.58 |
| Fed FICA | 13.81 | 87.98 |
| MN Withholding | 6.05 | 37.45 |
| **Total:** | **26.71** | **199.73** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 239.75 | 222.75 | 26.71 | 0.00 | 213.04 |
| YTD: | 1,478.02 | 1,419.02 | 199.73 | 0.00 | 1,278.29 |

### MESSAGE

NEED HELP? Call your supervisor, then your Local Census Office, then the Hotline 1-877-233-4776.

**Form D-444, Earning Statement**        United States 2010 Census

Kansas City Regional Census Center
2001 NE 46th Street #300
Kansas City, MO 64116-2051

CARLA MAGNUSON
2112 E 37TH ST
MINNEAPOLIS, MN 55407

SSN:

| | |
|---|---|
| Employee ID: | 1120485 |
| Department: | 2626-Minneapolis |
| Location: | Minnesota - Minneapolis |
| Job Title: | Enumerator |
| Pay Rate: | $16.50 Hourly |

SEQ-00879

CARLA MAGNUSON
2112 E 37TH ST
MINNEAPOLIS, MN 55407

| | | | |
|---|---|---|---|
| Pay Group: | CB1-Census Temporary Weekly | Ref. #: | 6040375 |
| Pay Begin Date: | 05/30/10 | Process On-Cycle | |
| Pay End Date: | 06/05/10 | Check Date: | 06/16/10 |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 1 | 1 |
| Addl Pct.: | | |
| Addl Amt.: | | |

Ref. No. 6040375

### HOURS AND EARNINGS

| | Current | | YTD as of 06/05/10 | |
|---|---|---|---|---|
| Description | Hours/Units | Earnings | Hours/Units | Earnings |
| Regular | 15.00 | 247.50 | 87.50 | 1,443.77 |
| Training | | | 46.25 | 763.13 |
| Mileage @ 0.500 per mile | 42.00 | 21.00 | 234.00 | 117.00 |
| Other Reimbursement | | | | 5.00 |
| Total: | 57.00 | 268.50 | 367.75 | 2,328.90 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 6.10 | 77.04 |
| Fed Medicare | 3.59 | 32.00 |
| Fed FICA | 15.35 | 136.83 |
| MN Withholding | 7.38 | 62.01 |
| Total: | 32.42 | 307.88 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 268.50 | 247.50 | 32.42 | 0.00 | 236.08 |
| YTD: | 2,328.90 | 2,206.90 | 307.88 | 0.00 | 2,021.02 |

### MESSAGE

Form D-444, Earning Statement  United States 2010 Census

# Earnings Statement

Lutheran Social Service
2485 Como Avenue
St. Paul, MN 55108

Page 001 of 001
Period Ending: 04/15/2010
Advice Date: 04/23/2010
Advice Number: 0001603249
Batch Number: 000004202010

Marital Status: Single

Exemptions/Allowances:
  Federal: 1
  State: 1

Base Rate: 12.00

Carla J Magnuson
2112 E 37th St
Minneapolis, MN 55407

| Earnings | Hours | This Period | Year-to-Date |
|---|---|---|---|
| Regular | 16.00 | 192.00 | 564.00 |
| **Gross Pay** | | **192.00** | **564.00** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Balance | | 0.23 |

| Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| Federal Medicare Tax | | 2.78 | 8.17 |
| Federal Social Security Tax | | 11.91 | 34.97 |
| **Net Pay** | | **177.31** | |

**Message**
Check out Self Service!

©1998, 2006. ADP, Inc. All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Lutheran Social Service
for changing lives

Lutheran Social Service
2485 Como Avenue
St. Paul, MN 55108

Advice Number: 0001603249
Advice Date: 04/23/2010

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Carla J Magnuson | Checking XXX1106 | 091001144 | 177.31 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

Lutheran Social Service
2485 Como Avenue
St. Paul, MN 55108

Page 001 of 001
Period Ending: 05/15/2010
Advice Date: 05/25/2010
Advice Number: 0001607381
Batch Number: 000005202010

Marital Status: Single

Exemptions/Allowances:
  Federal: 1
  State: 1

Base Rate: 12.00

Carla J Magnuson
2112 E 37th St
Minneapolis, MN 55407

| Earnings | Hours | This Period | Year-to-Date |
|---|---|---|---|
| Regular | 32.00 | 384.00 | 1260.00 |
| Gross Pay | | 384.00 | 1260.00 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Balance | | 0.50 |

## Deductions

| | This Period | Year-to-Date |
|---|---|---|
| Federal Medicare Tax | 5.57 | 18.26 |
| Federal Social Security Tax | 23.81 | 78.12 |
| Minnesota Income Tax | 7.84 | 11.83 |
| Net Pay | 346.78 | |

**Message**
Have a safe Memorial Day!

© 2002 Automatic Data Processing (PCSTJYC)
©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Lutheran Social Service
for changing lives

Lutheran Social Service
2485 Como Avenue
St. Paul, MN 55108

Advice Number: 0001607381
Advice Date: 05/25/2010

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Carla J Magnuson | Checking XXX1106 | 091001144 | 346.78 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

Lutheran Social Service
2485 Como Avenue
St. Paul, MN 55108

| | |
|---|---|
| Period Ending: | 05/31/2010 |
| Advice Date: | 06/10/2010 |
| Advice Number: | 0001609456 |
| Batch Number: | 000006072010 |

Page 001 of 001

Marital Status: Single

Exemptions/Allowances:
  Federal: 1
  State: 1

Base Rate: 12.00

Carla J Magnuson
2112 E 37th St
Minneapolis, MN 55407

| Earnings | Hours | This Period | Year-to-Date |
|---|---|---|---|
| Regular | 32.00 | 384.00 | 1644.00 |
| **Gross Pay** | | **384.00** | **1644.00** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| Federal Medicare Tax | 5.57 | 23.83 |
| Federal Social Security Tax | 23.81 | 101.93 |
| Minnesota Income Tax | 7.84 | 19.67 |
| **Net Pay** | **346.78** | |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Balance | | 0.66 |

Message
Happy Father's Day!

©1998, 2006. ADP, Inc. All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Lutheran Social Service
*for changing lives*

Lutheran Social Service
2485 Como Avenue
St. Paul, MN 55108

Advice Number: 0001609456
Advice Date: 06/10/2010

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Carla J Magnuson | Checking XXX1106 | 091001144 | 346.78 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.