IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unsworn Declaration Under Penalty of Perjury
To Amended Schedules I and J

In the Matter of:

CARLA J. MAGNUSON,                             BKY 10-44673

Debtor.

To the United States Bankruptcy Court,
District of Minnesota:

I, Carla J. Magnuson, certify under penalty of perjury that I have read the foregoing amended Schedules I and J, and that they are true and correct to the best of my knowledge, information and belief.

Dated: 8/25/10

Carla J. Magnuson

B6I (Official Form 6I) (12/07)

In re **CARLA J. MAGNUSON**
     Debtor

Case **10-44673**
     (if known)

**AMENDED** SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)  8/18/2010

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|---|
| | | RELATIONSHIP(S): No dependents | AGE(S): |
| **Employment:** | | DEBTOR | SPOUSE |
| Occupation | | Counseler ~~INCINERATOR~~, ADJUNCT PROFESSOR | |
| Name of Employer | | ~~US CENSUS BUREAU~~ Salvation Army | |
| How long employed | | ~~X MONTHS~~ 1 Month | |
| Address of Employer | | MINNEAPOLIS, MN | N.A. |

INCOME: (Estimate of average or projected monthly income at time case filed)                    DEBTOR            SPOUSE

1. Monthly gross wages, salary, and commissions                                $2,452.00  $ ~~1,161.00~~   $  N.A.
   (Prorate if not paid monthly.)
2. Estimated monthly overtime                                                            $     0.00    $  N.A.
3. SUBTOTAL                                                                    $2,452.00  $ ~~1,161.00~~   $  N.A.
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security                                           241.00  $ ~~139.00~~    $  N.A.
   b. Insurance                                                                    80.00  $ ~~0.00~~      $  N.A.
   c. Union Dues                                                                          $     0.00    $  N.A.
   d. Other (Specify:_____ )                          $     0.00    $  N.A.
5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                 321.00  $ ~~139.00~~    $  N.A.
6.. TOTAL NET MONTHLY TAKE HOME PAY                                            $2,131.00  $ ~~1,022.00~~  $  N.A.

7. Regular income from operation of business or profession or farm                       $     0.00    $  N.A.
   (Attach detailed statement)
8. Income from real property                                                             $     0.00    $  N.A.
9. Interest and dividends                                                                $     0.00    $  N.A.
10. Alimony, maintenance or support payments payable to the debtor for the               $     0.00    $  N.A.
    debtor's use or that of dependents listed above.
11. Social security or other government assistance                                       $     0.00    $  N.A.
    ( Specify) _____
12. Pension or retirement income                                                         $     0.00    $  N.A.
13. Other monthly income PART-TIME TEACHING                         346.00  $ ~~800.00~~    $  N.A.
    (Specify) _____                            $     0.00    $  N.A.
14. SUBTOTAL OF LINES 7 THROUGH 13                                             $346.00   $ ~~800.00~~    $  N.A.
15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14)               $2,477.00 $ ~~1,822.00~~   $  N.A.
16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals                     $2,477.00          $ ~~1,822.00~~
    from line 15)

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    None

In re  CARLA J. MAGNUSON  
      Debtor

Case No. 10-44673  
(if known)

**AMENDED**    **SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)** 8/18/201

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $595.00 | $ ~~XXXXX~~ |
|   a. Are real estate taxes included?    Yes __X__   No ~~xxxxx~~ | | |
|   b. Is property insurance included?    Yes __X__   No ~~xxxxx~~ | | |
| 2. Utilities: a. Electricity and heating fuel | 105.00 | $ ~~XXXXX~~ |
|   b. Water and sewer | 45.00 | $ ~~XXXXX~~ |
|   c. Telephone | 46.00 | $ ~~XXXXX~~ |
|   d. Other    CABLE, INTERNET | 94.00 | $ ~~XXXXX~~ |
| 3. Home maintenance (repairs and upkeep) | 75.00 | $ ~~XXXXX~~ |
| 4. Food | 240.00 | $ ~~XXXXX~~ |
| 5. Clothing | 50.00 | $ ~~XXXXX~~ |
| 6. Laundry and dry cleaning | 10.00 | $ ~~XXXXX~~ |
| 7. Medical and dental expenses | 25.00 | $ ~~XXXXX~~ |
| 8. Transportation (not including car payments) | 250.00 | $ ~~XXXXX~~ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | 50.00 | $ ~~XXXXX~~ |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | | $ 0.00 |
|   b. Life | | $ 0.00 |
|   c. Health | | $ 0.00 |
|   d. Auto | 45.00 | $ ~~XXXXX~~ |
|   e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | | $ 0.00 |
|   b. Other    SECOND MORTGAGE | 397.00 | $ ~~XXXXX~~ |
|   c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other ~~AVG MONTHLY EXP~~    PERSONAL CARE EXPENSES | 200.00 | $ ~~XXXXX~~ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $2,227.00 | $ ~~XXXXX~~ |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $2,477.00 | $ ~~XXXXX~~ |
| b. Average monthly expenses from Line 18 above | $2,227.00 | $ ~~XXXXX~~ |
| c. Monthly net income (a. minus b.) | $250.00 | $ ~~XXXXX~~ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.5-750 - 30620301x06010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

CARLA MAGNUSON,

Debtor(s).

**CERTIFICATE OF SERVICE**

BKY: 10-35754

I, Katie Gatrost, declare under penalty of perjury that on August 31, 2010, I served the foregoing Amended Schedules I and J by first class mail at Minneapolis, Minnesota, in an envelope addressed to each, postage prepaid, to the following at the last known address(es) for each, as follows:

**Ms. Carla J. Magnuson
2112 East 37th Street
Minneapolis, MN 55407**

and filed electronically with the Clerk of Bankruptcy Court through ECF and that ECF will send an e-notice of the electronic filing to each entity below:

Jasmine Z. Keller, Chapter 13 Trustee:  cmecfjzkmn@ch13mn.com
United States Trustee: ustpregion12.mn.ecf@usdoj.gov


Dated:  August 31, 2010          */e/Katie Gatrost*
                                  Katie Gatrost
                                  Ian Traquair Ball Law Office
                                  12 South Sixth Street, #326
                                  Minneapolis, MN 55402
                                  (612) 338-1313