UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

--------------------------------------------------

In Re:

  CARLA J. MAGNUSON

    Debtor(s).

RESPONSE TO MOTION
TO DISMISS

BKY 10-44673 NCD

--------------------------------------------------

TO: The United States Trustee, Jasmine Z. Keller, Chapter 13 Trustee, and other parties in interest.

Debtor, through her attorney, Ian Traquair Ball, responds to the motion of the Chapter 13 trustee, which is scheduled for hearing at 10:30 a.m. on January 3, 2013:

Debtors will resume payment of $250 per month, beginning January, 2013, and each month thereafter. In addition, beginning January, 2013, debtor will pay an extra $33.33 for five months and then $33.35 for one month until all plan payments are current.

WHEREFORE, Debtor requests the Court deny the trustee's motion, approve the proposed payment schedule, and for such other relief as is just and equitable.

            */e/ Ian Traquair Ball*
            Ian Traquair Ball, #4285
            Attorney for Debtor(s)
            12 So. 6th St., #326
            Minneapolis, MN  55402
            (612) 338-1313

Dated:  December 26, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

CARLA J. MAGNUSON,

Debtor(s).

CERTIFICATE OF SERVICE

BKY 10-44673

---

I, **SUSAN E. EASTMAN**, declare under penalty of perjury that on December 26, 2010, I mailed at Minneapolis, Minnesota, copies of the foregoing Response to Motion to Dismiss via first class mail postage prepaid to each entity named below at the address stated below for each entity:

Ms. Carla Magnuson
2112 East 37th Street
Minneapolis, MN  55407

and delivered by email notification under CM/ECF on the day e-filed with the court to each entity below:

Jasmine Z. Keller, Chapter 13 Trustee: cmecfjzkmn@ch13mn.com
United States Trustee: ustpregion12.mn.ecf@usdoj.gov


Dated:  December 26, 2012            */s/Susan E. Eastman*
                                     Susan E. Eastman
                                     Ian Traquair Ball Law Office
                                     12 South Sixth Street, #326
                                     Minneapolis, MN 55402
                                     (612) 338-1313